William R. Willetts, Appellant, v. City of Syracuse, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred; McLennan, P. J., not sitting.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,492, Issued to Eugene O. Mosher, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, J., who dissented.

George E. Unger and Others, Respondents, v. John C. Millar, Individually and as Executor, etc., of Polly J. Mentz, Deceased, and Fred Unger, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of Proving the Last Will and Testament of Polly J. Mentz, Deceased. John C. Millar, Individually and as Executor, etc., of Polly J. Mentz, Deceased, and Fred Unger, Appellants; George E. Unger and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Jessie R. Larrivey, Appellant, v. Delbert O. Larrivey, Respondent.— Orders affirmed, without costs. All concurred.

Henry V. Bisgood, Jr., Suing on Behalf of Himself and All Other Stockholders of the Frontier Specialty Company, etc., Respondent, v. William F. White and Others, Appellants, Impleaded with Others.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concurred.

Frederick M. Fries and Another, Respondents, v. Charles W. Manzel, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

J. Thomas Hargrave, Respondent, v. Richard J. Cullen, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William J. Semper, Respondent, v. The City of Watertown, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Adolph Scherrer and Marie Scherrer, Respondents, v. Philip Goetzmann, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Margaret Nolan, as Administratrix, etc., of James E. Nolan, Deceased, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Theodore P. Meinhard, Appellant.— Judgment affirmed. All concurred.

Vacil D. Bozovsky, Respondent, v. Buffalo and Lake Erie Traction Company, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Foote, J., who dissented upon the ground that as matter of law plaintiff failed to establish his freedom from contributory negligence.

Frank Kotary, Respondent, v. Henry Schoff, Appellant.— Judgment affirmed, with costs. All concurred.